

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00674-CV

**IN RE KINGDOM CARGO, LLC** and Almaguer Livian Izaguirre

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

On October 3, 2019, relators filed a petition for writ of mandamus. Because relators have obtained the relief requested, we DISMISS their petition for writ of mandamus AS MOOT. The stay of the November 4, 2019 trial setting or any subsequent trial setting is hereby LIFTED. This court's opinion will follow at a later date.

It is so **ORDERED** on November 1, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. DC-17-18, styled *Ashley Anais Regalado v. Almaguer Livan Izaguirre, et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.